**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| INTERNET MACHINES LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Cause No. 6:11-CV-250-MHS |
| | § | Cause No. 6:10-CV-548-MHS |
| | § | (CONSOLIDATED) |
| AVNET, INC., *et al.*, | § | |
| | § | Jury Trial Demanded |
| Defendants. | § | |

## SILICOM CONNECTIVITY SOLUTIONS, INC. D/B/A SILICOM'S ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS TO PLAINTIFF'S THIRD AMENDED COMPLAINT FOR PATENT INFRINGEMENT

Silicom Connectivity Solutions, Inc. D/B/A Silicom ("SILICOM") files its Answer, Affirmative Defenses, and Counterclaims to Plaintiff's Third Amended Complaint for Patent Infringement as follows:

## PRELIMINARY STATEMENT

SILICOM files its Answer, Affirmative Defenses, and Counterclaims to the best of its knowledge and ability.  SILICOM reserves the right to supplement or amend this answer to include additional defenses that are discovered during the course of this lawsuit, including but not limited to the defense of inequitable conduct.

## FIRST DEFENSE

1.      Subject to and without waiving any of the affirmative defenses set forth in this Answer or otherwise available at law or equity, SILICOM responds to the separate, numbered paragraphs of Plaintiff's Amended Complaint for Patent Infringement (the "Complaint") as follows:

## Parties

1.1     SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 1, and on that basis denies the same.

1.2     SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 2, and on that basis denies the same.

1.3     SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 3, and on that basis denies the same.

1.4     SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 4, and on that basis denies the same.

1.5     SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 5, and on that basis denies the same.

1.6     SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 6, and on that basis denies the same.

1.7     SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 7, and on that basis denies the same.

1.8     SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 8, and on that basis denies the same.

1.9     SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 9, and on that basis denies the same.

1.10    SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 10, and on that basis denies the same.

1.11    SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 11, and on that basis denies the same.

1.12    SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 12, and on that basis denies the same.

1.13    SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 13, and on that basis denies the same.

1.14    SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 14, and on that basis denies the same.

1.15    SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 15, and on that basis denies the same.

1.16    SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 16, and on that basis denies the same.

1.17    SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 17, and on that basis denies the same.

1.18    SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 18, and on that basis denies the same.

1.19    SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 19, and on that basis denies the same.

1.20    SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 20, and on that basis denies the same.

1.21    SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 21, and on that basis denies the same.

1.22    SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 22, and on that basis denies the same.

1.23     SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 23, and on that basis denies the same.

1.24     SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 24, and on that basis denies the same.

1.25     SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 25, and on that basis denies the same.

1.26     SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 26, and on that basis denies the same.

1.27     SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 27, and on that basis denies the same.

1.28     SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 28, and on that basis denies the same.

1.29     SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 29, and on that basis denies the same.

1.30     SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 30, and on that basis denies the same.

1.31     SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 31, and on that basis denies the same.

1.32     SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 32, and on that basis denies the same.

1.33     SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 33, and on that basis denies the same.

1.34     SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 34, and on that basis denies the same.

1.35     SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 35, and on that basis denies the same.

1.36     SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 36, and on that basis denies the same.

1.37     SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 37, and on that basis denies the same.

1.38     SILICOM admits that it is a Washington corporation with a place of business in New Jersey.

1.39     SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 39, and on that basis denies the same.

1.40     SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 40, and on that basis denies the same.

1.41     SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 41, and on that basis denies the same.

## Jurisdiction and Venue

1.42     SILICOM admits that this action arises under the patent laws of the United States, Title 35 of the United States Code.   SILICOM admits that this Court has subject matter jurisdiction over this action.   SILICOM does not contest personal jurisdiction.   SILICOM denies all other express or implied allegations contained in paragraph 42, including but not limited to any allegation that SILICOM has in any way committed any act of patent infringement.

1.43    SILICOM denies that venue is proper in this forum.  SILICOM denies all other express or implied allegations contained in paragraph 43, including but not limited to any allegation that SILICOM has in any way committed any act of patent infringement.

## Count I

1.44    SILICOM admits that United States Patent No. 7,454,552 ("the '552 Patent") is entitled "Switching with Transparent and Non-Transparent Ports."   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth in paragraph 44, and on that basis denies the same.

1.45    SILICOM admits that the '552 Patent lists, under "Inventors," the names Heath Stewart, Michael de la Garrigue, and Chris Haywood.  SILICOM is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth in paragraph 45, and on that basis denies the same.

1.46    SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 46, and on that basis denies the same.

1.47    SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 47, and on that basis denies the same.

1.48    SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 48, and on that basis denies the same.

1.49    SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 49, and on that basis denies the same.

1.50    SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 50, and on that basis denies the same.

1.51    SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 51, and on that basis denies the same.

1.52    SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 52, and on that basis denies the same.

1.53    SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 53, and on that basis denies the same.

1.54    SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 54, and on that basis denies the same.

1.55    SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 55, and on that basis denies the same.

1.56    SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 56, and on that basis denies the same.

1.57    SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 57, and on that basis denies the same.

1.58    SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 58, and on that basis denies the same.

1.59    SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 59, and on that basis denies the same.

1.60    SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 60, and on that basis denies the same.

1.61    SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 61, and on that basis denies the same.

1.62    SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 62, and on that basis denies the same.

1.63    SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 63, and on that basis denies the same.

1.64    SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 64, and on that basis denies the same.

1.65    SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 65, and on that basis denies the same.

1.66    SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 66, and on that basis denies the same.

1.67    SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 67, and on that basis denies the same.

1.68    SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 68, and on that basis denies the same.

1.69    SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 69, and on that basis denies the same.

1.70    SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 70, and on that basis denies the same.

1.71    SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 71, and on that basis denies the same.

1.72    SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 72, and on that basis denies the same.

1.73     SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 73, and on that basis denies the same.

1.74     SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 74, and on that basis denies the same.

1.75     SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 75, and on that basis denies the same.

1.76     SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 76, and on that basis denies the same.

1.77     SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 77, and on that basis denies the same.

1.78     SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 78, and on that basis denies the same.

1.79     SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 79, and on that basis denies the same.

1.80     SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 80, and on that basis denies the same.

1.81     SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 81, and on that basis denies the same.

1.82     SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 82, and on that basis denies the same.

1.83     SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 83, and on that basis denies the same.

1.84    SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 84, and on that basis denies the same.

1.85    SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 85, and on that basis denies the same.

1.86    SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 86, and on that basis denies the same.

1.87    SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 87, and on that basis denies the same.

1.88    SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 88, and on that basis denies the same.

1.89    SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 89, and on that basis denies the same.

1.90    SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 90, and on that basis denies the same.

1.91    SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 91, and on that basis denies the same.

1.92    SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 92, and on that basis denies the same.

1.93    SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 93, and on that basis denies the same.

1.94    SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 94, and on that basis denies the same.

1.95    SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 95, and on that basis denies the same.

1.96    SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 96, and on that basis denies the same.

1.97    SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 97, and on that basis denies the same.

1.98    SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 98, and on that basis denies the same.

1.99    SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 99, and on that basis denies the same.

1.100   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 100, and on that basis denies the same.

1.101   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 101, and on that basis denies the same.

1.102   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 102, and on that basis denies the same.

1.103   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 103, and on that basis denies the same.

1.104   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 104, and on that basis denies the same.

1.105   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 105, and on that basis denies the same.

1.106   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 106, and on that basis denies the same.

1.107   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 107, and on that basis denies the same.

1.108   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 108, and on that basis denies the same.

1.109   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 109, and on that basis denies the same.

1.110   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 110, and on that basis denies the same.

1.111   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 111, and on that basis denies the same.

1.112   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 112, and on that basis denies the same.

1.113   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 113, and on that basis denies the same.

1.114   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 114, and on that basis denies the same.

1.115   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 115, and on that basis denies the same.

1.116   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 116, and on that basis denies the same.

1.117   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 117, and on that basis denies the same.

1.118   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 118, and on that basis denies the same.

1.119   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 119, and on that basis denies the same.

1.120   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 120, and on that basis denies the same.

1.121   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 121, and on that basis denies the same.

1.122   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 122, and on that basis denies the same.

1.123   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 123, and on that basis denies the same.

1.124   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 124, and on that basis denies the same.

1.125   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 125, and on that basis denies the same.

1.126   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 126, and on that basis denies the same.

1.127   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 127, and on that basis denies the same.

1.128   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 128, and on that basis denies the same.

1.129   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 129, and on that basis denies the same.

1.130   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 130, and on that basis denies the same.

1.131   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 131, and on that basis denies the same.

1.132   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 132, and on that basis denies the same.

1.133   SILICOM denies any and all allegations made in paragraph 133.

1.134   SILICOM denies any and all allegations made in paragraph 134.

1.135   SILICOM denies any and all allegations made in paragraph 135.

1.136   SILICOM denies any and all allegations made in paragraph 136.

1.137   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 137, and on that basis denies the same.

1.138   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 138, and on that basis denies the same.

1.139   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 139, and on that basis denies the same.

1.140   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 140, and on that basis denies the same.

1.141   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 141, and on that basis denies the same.

1.142   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 142, and on that basis denies the same.

1.143   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 143, and on that basis denies the same.

1.144   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 144, and on that basis denies the same.

1.145   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 145, and on that basis denies the same.

1.146   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 146, and on that basis denies the same.

1.147   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 147, and on that basis denies the same.

1.148   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 148, and on that basis denies the same.

## Count II

1.149   SILICOM admits that United States Patent No. 7,421,532 ("the '532 Patent") is entitled "Switching with Transparent and Non-Transparent Ports."   SILICOM denies all other express or implied allegations contained in paragraph 149.

1.150   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 150, and on that basis denies the same.

1.151   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 151, and on that basis denies the same.

1.152   SILICOM admits that the '532 Patent lists, under "Inventors," the names Heath Stewart, Michael de la Garrigue, and Chris Haywood.   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth in paragraph 152, and on that basis denies the same.

1.153   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 153, and on that basis denies the same.

1.154   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 154, and on that basis denies the same.

1.155   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 155, and on that basis denies the same.

1.156   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 156, and on that basis denies the same.

1.157   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 157, and on that basis denies the same.

1.158   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 158, and on that basis denies the same.

1.159   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 159, and on that basis denies the same.

1.160   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 160, and on that basis denies the same.

1.161   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 161, and on that basis denies the same.

1.162   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 162, and on that basis denies the same.

1.163   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 163, and on that basis denies the same.

1.164   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 164, and on that basis denies the same.

1.165   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 165, and on that basis denies the same.

1.166   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 166, and on that basis denies the same.

1.167   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 167, and on that basis denies the same.

1.168   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 168, and on that basis denies the same.

1.169   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 169, and on that basis denies the same.

1.170   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 170, and on that basis denies the same.

1.171   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 171, and on that basis denies the same.

1.172   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 172, and on that basis denies the same.

1.173   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 173, and on that basis denies the same.

1.174   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 174, and on that basis denies the same.

1.175   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 175, and on that basis denies the same.

1.176   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 176, and on that basis denies the same.

1.177   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 177, and on that basis denies the same.

1.178   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 178, and on that basis denies the same.

1.179   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 179, and on that basis denies the same.

1.180   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 180, and on that basis denies the same.

1.181   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 181, and on that basis denies the same.

1.182   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 182, and on that basis denies the same.

1.183   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 183, and on that basis denies the same.

1.184   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 184, and on that basis denies the same.

1.185   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 185, and on that basis denies the same.

1.186   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 186, and on that basis denies the same.

1.187   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 187, and on that basis denies the same.

1.188   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 188, and on that basis denies the same.

1.189   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 189, and on that basis denies the same.

1.190   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 190, and on that basis denies the same.

1.191   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 191, and on that basis denies the same.

1.192   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 192, and on that basis denies the same.

1.193   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 193, and on that basis denies the same.

1.194   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 194, and on that basis denies the same.

1.195   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 195, and on that basis denies the same.

1.196   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 196, and on that basis denies the same.

1.197   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 197, and on that basis denies the same.

1.198   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 198, and on that basis denies the same.

1.199   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 199, and on that basis denies the same.

1.200   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 200, and on that basis denies the same.

1.201   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 201, and on that basis denies the same.

1.202   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 202, and on that basis denies the same.

1.203   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 203, and on that basis denies the same.

1.204   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 204, and on that basis denies the same.

1.205   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 205, and on that basis denies the same.

1.206   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 206, and on that basis denies the same.

1.207   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 207, and on that basis denies the same.

1.208   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 208, and on that basis denies the same.

1.209   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 209, and on that basis denies the same.

1.210   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 210, and on that basis denies the same.

1.211   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 211, and on that basis denies the same.

1.212   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 212, and on that basis denies the same.

1.213   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 213, and on that basis denies the same.

1.214   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 214, and on that basis denies the same.

1.215   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 215, and on that basis denies the same.

1.216   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 216, and on that basis denies the same.

1.217   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 217, and on that basis denies the same.

1.218   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 218, and on that basis denies the same.

1.219   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 219, and on that basis denies the same.

1.220   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 220, and on that basis denies the same.

1.221   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 221, and on that basis denies the same.

1.222   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 222, and on that basis denies the same.

1.223   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 223, and on that basis denies the same.

1.224   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 224, and on that basis denies the same.

1.225   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 225, and on that basis denies the same.

1.226   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 226, and on that basis denies the same.

1.227   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 227, and on that basis denies the same.

1.228   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 228, and on that basis denies the same.

1.229   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 229, and on that basis denies the same.

1.230   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 230, and on that basis denies the same.

1.231   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 231, and on that basis denies the same.

1.232   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 232, and on that basis denies the same.

1.233   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 233, and on that basis denies the same.

1.234   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 234, and on that basis denies the same.

1.235   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 235, and on that basis denies the same.

1.236   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 236, and on that basis denies the same.

1.237   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 237, and on that basis denies the same.

1.238   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 238, and on that basis denies the same.

1.239   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 239, and on that basis denies the same.

1.240   SILICOM denies any and all allegations made in paragraph 240.

1.241   SILICOM denies any and all allegations made in paragraph 241.

1.242   SILICOM denies any and all allegations made in paragraph 242.

1.243   SILICOM denies any and all allegations made in paragraph 243.

1.244   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 244, and on that basis denies the same.

1.245   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 245, and on that basis denies the same.

1.246   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 246, and on that basis denies the same.

1.247   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 247, and on that basis denies the same.

1.248   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 248, and on that basis denies the same.

1.249   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 249, and on that basis denies the same.

1.250   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 250, and on that basis denies the same.

1.251   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 251, and on that basis denies the same.

1.252   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 252, and on that basis denies the same.

1.253   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 253, and on that basis denies the same.

1.254   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 254, and on that basis denies the same.

1.255   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 255, and on that basis denies the same.


### Count III

1.256   SILICOM admits that United States Patent No. 7,814,259 ("the '259 Patent") is entitled "PCI Express Switch with Backwards Compatibility."   SILICOM denies all other express or implied allegations contained in paragraph 256.

1.257   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 257, and on that basis denies the same.

1.258   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 258, and on that basis denies the same.

1.259   SILICOM admits that the '259 Patent lists, under "Inventors," the names Heath Stewart, Michael de la Garrigue, and Chris Haywood.   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth in paragraph 259, and on that basis denies the same.

1.260   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 260, and on that basis denies the same.

1.261   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 261, and on that basis denies the same.

1.262   SILICOM denies any and all allegations regarding SILICOM made in paragraph 262.  SILICOM is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth in paragraph 262, and on that basis denies the same.

1.263   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 263, and on that basis denies the same.

1.264   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 264, and on that basis denies the same.

1.265   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 265, and on that basis denies the same.

1.266   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 266, and on that basis denies the same.

1.267   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 267, and on that basis denies the same.

1.268   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 268, and on that basis denies the same.

1.269   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 269, and on that basis denies the same.

1.270   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 270, and on that basis denies the same.

1.271   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 271, and on that basis denies the same.

1.272   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 272, and on that basis denies the same.

1.273   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 273, and on that basis denies the same.

1.274   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 274, and on that basis denies the same.

1.275   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 275, and on that basis denies the same.

1.276   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 276, and on that basis denies the same.

1.277   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 277, and on that basis denies the same.

1.278   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 278, and on that basis denies the same.

1.279   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 279, and on that basis denies the same.

1.280   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 280, and on that basis denies the same.

1.281   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 281, and on that basis denies the same.

1.282   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 282, and on that basis denies the same.

1.283   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 283, and on that basis denies the same.

1.284   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 284, and on that basis denies the same.

1.285   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 285, and on that basis denies the same.

1.286   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 286, and on that basis denies the same.

1.287   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 287, and on that basis denies the same.

1.288   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 288, and on that basis denies the same.

1.289   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 289, and on that basis denies the same.

1.290   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 290, and on that basis denies the same.

1.291   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 291, and on that basis denies the same.

1.292   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 292, and on that basis denies the same.

1.293   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 293, and on that basis denies the same.

1.294   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 294, and on that basis denies the same.

1.295   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 295, and on that basis denies the same.

1.296   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 296, and on that basis denies the same.

1.297   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 297, and on that basis denies the same.

1.298   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 298, and on that basis denies the same.

1.299   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 299, and on that basis denies the same.

1.300   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 300, and on that basis denies the same.

1.301   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 301, and on that basis denies the same.

1.302   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 302, and on that basis denies the same.

1.303   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 303, and on that basis denies the same.

1.304   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 304, and on that basis denies the same.

1.305   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 305, and on that basis denies the same.

1.306   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 306, and on that basis denies the same.

1.307   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 307, and on that basis denies the same.

1.308   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 308, and on that basis denies the same.

1.309   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 309, and on that basis denies the same.

1.310   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 310, and on that basis denies the same.

1.311   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 311, and on that basis denies the same.

1.312   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 312, and on that basis denies the same.

1.313   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 313, and on that basis denies the same.

1.314   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 314, and on that basis denies the same.

1.315   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 315, and on that basis denies the same.

1.316   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 316, and on that basis denies the same.

1.317   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 317, and on that basis denies the same.

1.318   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 318, and on that basis denies the same.

1.319   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 319, and on that basis denies the same.

1.320   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 320, and on that basis denies the same.

1.321   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 321, and on that basis denies the same.

1.322   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 322, and on that basis denies the same.

1.323   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 323, and on that basis denies the same.

1.324   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 324, and on that basis denies the same.

1.325   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 325, and on that basis denies the same.

1.326   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 326, and on that basis denies the same.

1.327   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 327, and on that basis denies the same.

1.328   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 328, and on that basis denies the same.

1.329   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 329, and on that basis denies the same.

1.330   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 330, and on that basis denies the same.

1.331   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 331, and on that basis denies the same.

1.332   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 332, and on that basis denies the same.

1.333   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 333, and on that basis denies the same.

1.334   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 334, and on that basis denies the same.

1.335   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 335, and on that basis denies the same.

1.336   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 336, and on that basis denies the same.

1.337   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 337, and on that basis denies the same.

1.338   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 338, and on that basis denies the same.

1.339   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 339, and on that basis denies the same.

1.340   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 340, and on that basis denies the same.

1.341   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 341, and on that basis denies the same.

1.342   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 342, and on that basis denies the same.

1.343   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 343, and on that basis denies the same.

1.344   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 344, and on that basis denies the same.

1.345   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 345, and on that basis denies the same.

1.346   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 346, and on that basis denies the same.

1.347   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 347, and on that basis denies the same.

1.348   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 348, and on that basis denies the same.

1.349   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 349, and on that basis denies the same.

1.350   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 350, and on that basis denies the same.

1.351   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 351, and on that basis denies the same.

1.352   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 352, and on that basis denies the same.

1.353   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 353, and on that basis denies the same.

1.354   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 354, and on that basis denies the same.

1.355   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 355, and on that basis denies the same.

1.356   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 356, and on that basis denies the same.

1.357   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 357, and on that basis denies the same.

1.358   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 358, and on that basis denies the same.

1.359   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 359, and on that basis denies the same.

1.360   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 360, and on that basis denies the same.

1.361   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 361, and on that basis denies the same.

1.362   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 362, and on that basis denies the same.

1.363   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 363, and on that basis denies the same.

1.364   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 364, and on that basis denies the same.

1.365   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 365, and on that basis denies the same.

1.366   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 366, and on that basis denies the same.

1.367   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 367, and on that basis denies the same.

1.368   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 368, and on that basis denies the same.

1.369   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 369, and on that basis denies the same.

1.370   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 370, and on that basis denies the same.

1.371   SILICOM denies any and all allegations made in paragraph 371.

1.372   SILICOM denies any and all allegations made in paragraph 372.

1.373   SILICOM denies any and all allegations made in paragraph 373.

1.374   SILICOM denies any and all allegations made in paragraph 374.

1.375   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 375, and on that basis denies the same.

1.376   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 376, and on that basis denies the same.

1.377   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 377, and on that basis denies the same.

1.378   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 378, and on that basis denies the same.

1.379   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 379, and on that basis denies the same.

1.380   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 380, and on that basis denies the same.

1.381   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 381, and on that basis denies the same.

1.382   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 382, and on that basis denies the same.

1.383   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 383, and on that basis denies the same.

1.384   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 384, and on that basis denies the same.

1.385   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 385, and on that basis denies the same.

1.386   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 386, and on that basis denies the same.

## **Count IV**

1.387   SILICOM admits that United States Patent No. 7,945,722 ("the '722 Patent") is entitled "Routing Data Units Between Different Address Domains."   SILICOM denies all other express or implied allegations contained in paragraph 387.

1.388   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 388, and on that basis denies the same.

1.389   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 389, and on that basis denies the same.

1.390   SILICOM admits that the '722 Patent lists, under "Inventors," the names Heath Stewart, Michael de la Garrigue, and Chris Haywood.   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth in paragraph 390, and on that basis denies the same.

1.391   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 391, and on that basis denies the same.

1.392   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 392, and on that basis denies the same.

1.393   SILICOM denies any and all allegations regarding SILICOM made in paragraph 393.  SILICOM is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth in paragraph 393, and on that basis denies the same.

1.394   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 394, and on that basis denies the same.

1.395   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 395, and on that basis denies the same.

1.396   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 396, and on that basis denies the same.

1.397   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 397, and on that basis denies the same.

1.398   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 398, and on that basis denies the same.

1.399   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 399, and on that basis denies the same.

1.400   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 400, and on that basis denies the same.

1.401   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 401, and on that basis denies the same.

1.402   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 402, and on that basis denies the same.

1.403   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 403, and on that basis denies the same.

1.404   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 404, and on that basis denies the same.

1.405   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 405, and on that basis denies the same.

1.406   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 406, and on that basis denies the same.

1.407   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 407, and on that basis denies the same.

1.408   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 408, and on that basis denies the same.

1.409   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 409, and on that basis denies the same.

1.410   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 410, and on that basis denies the same.

1.411   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 411, and on that basis denies the same.

1.412   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 412, and on that basis denies the same.

1.413   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 413, and on that basis denies the same.

1.414   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 414, and on that basis denies the same.

1.415   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 415, and on that basis denies the same.

1.416   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 416, and on that basis denies the same.

1.417   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 417, and on that basis denies the same.

1.418   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 418, and on that basis denies the same.

1.419   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 419, and on that basis denies the same.

1.420   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 420, and on that basis denies the same.

1.421   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 421, and on that basis denies the same.

1.422   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 422, and on that basis denies the same.

1.423   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 423, and on that basis denies the same.

1.424   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 424, and on that basis denies the same.

1.425   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 425, and on that basis denies the same.

1.426   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 426, and on that basis denies the same.

1.427   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 427, and on that basis denies the same.

1.428   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 428, and on that basis denies the same.

1.429   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 429, and on that basis denies the same.

1.430   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 430, and on that basis denies the same.

1.431   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 431, and on that basis denies the same.

1.432   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 432, and on that basis denies the same.

1.433   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 433, and on that basis denies the same.

1.434   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 434, and on that basis denies the same.

1.435   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 435, and on that basis denies the same.

1.436   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 436, and on that basis denies the same.

1.437   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 437, and on that basis denies the same.

1.438   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 438, and on that basis denies the same.

1.439   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 439, and on that basis denies the same.

1.440   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 440, and on that basis denies the same.

1.441   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 441, and on that basis denies the same.

1.442   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 442, and on that basis denies the same.

1.443   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 443, and on that basis denies the same.

1.444   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 444, and on that basis denies the same.

1.445   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 445, and on that basis denies the same.

1.446   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 446, and on that basis denies the same.

1.447   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 447, and on that basis denies the same.

1.448   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 448, and on that basis denies the same.

1.449   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 449, and on that basis denies the same.

1.450   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 450, and on that basis denies the same.

1.451   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 451, and on that basis denies the same.

1.452   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 452, and on that basis denies the same.

1.453   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 453, and on that basis denies the same.

1.454   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 454, and on that basis denies the same.

1.455   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 455, and on that basis denies the same.

1.456   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 456, and on that basis denies the same.

1.457   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 457, and on that basis denies the same.

1.458   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 458, and on that basis denies the same.

1.459   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 459, and on that basis denies the same.

1.460   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 460, and on that basis denies the same.

1.461   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 461, and on that basis denies the same.

1.462   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 462, and on that basis denies the same.

1.463   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 463, and on that basis denies the same.

1.464   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 464, and on that basis denies the same.

1.465   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 465, and on that basis denies the same.

1.466   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 466, and on that basis denies the same.

1.467   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 467, and on that basis denies the same.

1.468   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 468, and on that basis denies the same.

1.469   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 469, and on that basis denies the same.

1.470   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 470, and on that basis denies the same.

1.471   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 471, and on that basis denies the same.

1.472   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 472, and on that basis denies the same.

1.473   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 473, and on that basis denies the same.

1.474   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 474, and on that basis denies the same.

1.475   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 475, and on that basis denies the same.

1.476   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 476, and on that basis denies the same.

1.477   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 477, and on that basis denies the same.

1.478   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 478, and on that basis denies the same.

1.479   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 479, and on that basis denies the same.

1.480   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 480, and on that basis denies the same.

1.481   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 481, and on that basis denies the same.

1.482   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 482, and on that basis denies the same.

1.483   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 483, and on that basis denies the same.

1.484   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 484, and on that basis denies the same.

1.485   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 485, and on that basis denies the same.

1.486   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 486, and on that basis denies the same.

1.487   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 487, and on that basis denies the same.

1.488   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 488, and on that basis denies the same.

1.489   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 489, and on that basis denies the same.

1.490   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 490, and on that basis denies the same.

1.491   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 491, and on that basis denies the same.

1.492   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 492, and on that basis denies the same.

1.493   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 493, and on that basis denies the same.

1.494   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 494, and on that basis denies the same.

1.495   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 495, and on that basis denies the same.

1.496   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 496, and on that basis denies the same.

1.497   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 497, and on that basis denies the same.

1.498   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 498, and on that basis denies the same.

1.499   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 499, and on that basis denies the same.

1.500   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 500, and on that basis denies the same.

1.501   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 501, and on that basis denies the same.

1.502   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 502, and on that basis denies the same.

1.503   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 503, and on that basis denies the same.

1.504   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 504, and on that basis denies the same.

1.505   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 505, and on that basis denies the same.

1.506   SILICOM denies any and all allegations made in paragraph 506.

1.507   SILICOM denies any and all allegations made in paragraph 507.

1.508   SILICOM denies any and all allegations made in paragraph 508.

1.509   SILICOM denies any and all allegations made in paragraph 509.

1.510   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 510, and on that basis denies the same.

1.511   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 511, and on that basis denies the same.

1.512   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 512, and on that basis denies the same.

1.513   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 513, and on that basis denies the same.

1.514   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 514, and on that basis denies the same.

1.515   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 515, and on that basis denies the same.

1.516   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 516, and on that basis denies the same.

1.517   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 517, and on that basis denies the same.

1.518   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 518, and on that basis denies the same.

1.519   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 519, and on that basis denies the same.

1.520   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 520, and on that basis denies the same.

1.521   SILICOM is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 521, and on that basis denies the same.

1.522   SILICOM denies any and all allegations regarding SILICOM made in paragraph 522.  SILICOM is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth in paragraph 522, and on that basis denies the same.

1.523   SILICOM denies any and all allegations in the Complaint that were not expressly admitted herein.

### **Prayer for Relief**

1.524   Paragraphs 1 through 7 constitute requests for relief for which no response is required.  For that reason, SILICOM denies that Plaintiff is entitled to any relief, and asserts that Plaintiff's claims for relief should be denied in their entirety.

**Demand for Jury Trial**

1.525   With regard to the Demand of Jury Trial in the Complaint, no admission or denial is required.

**SECOND DEFENSE**

2.      Venue is improper in the Eastern District of Texas.

**THIRD DEFENSE**

3.      Plaintiff's Complaint fails to state a claim upon which relief can be granted.

**FOURTH DEFENSE**

4.      SILICOM has not infringed and does not infringe, nor has it contributed to any infringement by others, nor has it induced others to infringe any claim of United States Patent Nos. 7,454,552 ("the '552 Patent"), 7,421,532 ("the '532 Patent"), 7,814,259 ("the '259 Patent"), and/or 7,945,722 ("the '722 Patent").

**FIFTH DEFENSE**

5.1.    The claims of the '552 Patent are invalid for failure to comply with the requirements for patentability under the patent laws, including, but not limited to, 35 U.S.C. §§ 101, 102, 103, and/or 112.

5.2.    The claims of the '532 Patent are invalid for failure to comply with the requirements for patentability under the patent laws, including, but not limited to, 35 U.S.C. §§ 101, 102, 103, and/or 112.

5.3.    The claims of the '259 Patent are invalid for failure to comply with the requirements for patentability under the patent laws, including, but not limited to, 35 U.S.C. §§ 101, 102, 103, and/or 112.

5.4.    The claims of the '722 Patent are invalid for failure to comply with the requirements for patentability under the patent laws, including, but not limited to, 35 U.S.C. §§ 101, 102, 103, and/or 112.

## SIXTH DEFENSE

6.    Plaintiff's claims are barred in whole or in part by the doctrines of laches and/or estoppel.

## SEVENTH DEFENSE

7.    To the extent that Plaintiff or its predecessors in interest of the '552, '532, '259, and/or the '722 Patents (collectively the "Patents-In-Suit") failed to properly notify SILICOM of the actions alleged to infringe the Patents-In-Suit, including but not limited to, by reason of 35 U.S.C. § 287 or infringement allegations based on indirect infringement, SILICOM is not liable to Plaintiff for those allegedly infringing actions performed prior to receipt of actual notice of allegations that it was infringing the Patents-In-Suit.

## EIGHTH DEFENSE

8.    Plaintiff's claims are barred in whole or in part by prosecution history estoppel.

## NINTH DEFENSE

9.    Plaintiff's claims are barred in whole or in part by the doctrine of unclean hands.

## TENTH DEFENSE

10.    Plaintiff's claims are barred in whole or in part due to Plaintiff's failure to mitigate damages, if any.

## ELEVENTH DEFENSE

11.    Plaintiff's claims are barred in whole or in part for lack of standing.

## TWELFTH DEFENSE

12.     Pursuant to 35 U.S.C. § 286, Plaintiff's claims are barred in whole or in part for all events occurring more than six years before the filing of this lawsuit.

### THIRTEENTH DEFENSE

13.     Plaintiff's claims are barred in whole or in part under 28 U.S.C. § 1498.

### FOURTEENTH DEFENSE

14.     Plaintiff's claims are barred in whole or in part due to previous licensing agreements entered into involving one or more of the Patents-In-Suit.

### FIFTEENTH DEFENSE

15.     Plaintiff's claims are barred in whole or in part by the doctrine of patent exhaustion.

### COUNTERCLAIMS

As set forth above, SILICOM contends that venue is improper in the Eastern District of Texas.  Accordingly, the counterclaims asserted below in no way constitute a waiver of that or any other defense asserted by SILICOM.[1]  Thus, subject to and without waiving any of the foregoing defenses, SILICOM asserts the following Counterclaims against Plaintiff/Counter-Defendant Internet Machines:

### Jurisdiction and Venue

14.     This Court has subject-matter jurisdiction over the following Counterclaims under 28 U.S.C. §§ 1331 and 1338(a) (2004).  This Court has personal jurisdiction over Internet Machines because it has voluntarily appeared before this Court for all purposes.

15.     Venue is proper as to Internet Machines under 28 U.S.C. §§ 1391(b) and 1400(b) (2004).

---

[1]*See Bayou Steel Corp. v. M/V Amstelvoorn*, 809 F.2d 1147, 1148-49 (5th Cir. 1987).

## The Parties

16.    Counterclaim-Plaintiff Silicom Connectivity Solutions, Inc. is a Washington corporation with its principal executive offices located in Paramus, New Jersey.

17.    On information and belief, Counterclaim-Defendant Internet Machines LLC ("Internet Machines") is a Limited Liability Company organized under the laws of the State of Texas and is located at 208 N. Green Street, Suite 310 in Longview, Texas.

18.    Counter-Defendant Internet Machines has filed suit in this matter asserting infringement by SILICOM of the Patents-In-Suit.  The allegations in the Complaint have created an actual and justiciable controversy between Internet Machines and SILICOM concerning the infringement and invalidity of the Patents-In-Suit.

19.    Pursuant to the Declaratory Judgments Act, 28 U.S.C. §§ 2201-2202 (2004), SILICOM is entitled to a declaratory judgment that it has not infringed any valid and enforceable claim of the Patents-In-Suit.

## First Counterclaim – Declaratory Judgment of Non-Infringement of the '552, '532, '259 and '722 Patents

20.    SILICOM incorporates by reference the statements and allegations set forth in paragraphs 1-19 with the same force and effect as though fully rewritten herein.

21.    On information and belief, SILICOM has not infringed and is not infringing any claim of the Patents-In-Suit.  On information and belief, SILICOM has not contributorily infringed and is not contributorily infringing, has not actively induced infringement and is not actively inducing others to infringe, and has not and is not jointly infringing any claim of the Patents-In-Suit.

22.    SILICOM is entitled to a declaratory judgment that it has not infringed and is not infringing (either directly, contributorily, jointly, or by inducement) any claim of the Patents-In-Suit, either literally or by the application of the doctrine of equivalents.

### Second Counterclaim – Declaratory Judgment of Invalidity of the '552, '532, '259 and '722 Patents

23.    SILICOM incorporates by reference the statements and allegations set forth in paragraphs 1-22 with the same force and effect as though fully rewritten herein.

24.    The Patents-In-Suit are invalid for failure to meet the conditions set forth in 35 U.S.C. §§ 101, 102, 103 and 112.

25.    SILICOM is entitled to a declaratory judgment that the Patents-In-Suit are invalid.

### PRAYER FOR RELIEF

WHEREFORE, SILICOM respectfully requests that this Court enter judgment in its favor and grant the following relief:

a.    Dismiss the Complaint against SILICOM for improper venue;

b.    Dismiss with prejudice the Complaint against SILICOM;

c.    Declare that SILICOM does not infringe any claim of the Patents-In-Suit;

d.    Declare that the Patents-In-Suit are invalid;

e.    Award to SILICOM its costs, attorneys' fees, and disbursements associated with this action; and

f.    Award any additional relief as the Court may deem appropriate and just under the circumstances.

Dated:  April 9, 2012

Respectfully submitted,

/s/ W. Barton Rankin
Jay F. Utley (Lead Counsel)
Texas Bar No.  00798559
E-Mail: jay.utley@bakermckenzie.com
John G. Flaim
Texas Bar No.  00785864
E-Mail: john.flaim@bakermckenzie.com
Brian C. McCormack
Texas Bar No.  00797036
E-Mail: brian.mccormack@bakermckenzie.com
W. Barton Rankin
Texas Bar No.  24037333
E-Mail: bart.rankin@bakermckenzie.com
Terry A. Saad
Texas Bar No.  24066015
E-Mail: terry.saad@bakermckenzie.com
Erin M. Tanner
Texas Bar No.  24079436
E-mail: erin.tanner@bakermckenzie.com

BAKER & MCKENZIE LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone:  (214) 978-3000
Facsimile:  (214) 978-3099

John F. Bufe
Texas State Bar No. 03316930
johnbufe@potterminton.com
Potter Minton, A Professional Corporation
110 N. College Ave.
500 Plaza Tower (75702)
P.O. Box 359
Tyler, Texas 75710
**T**      903-597-8311
**F**      903-593-0846

COUNSEL FOR DEFENDANT
SILICOM CONNECTIVITY SOLUTIONS, INC.
D/B/A SILICOM

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 9th day of April 2012, a true and correct copy of Silicom Connectivity Solutions, Inc. D/B/A/ Silicom's Answer, Affirmative Defenses, and Counterclaims to Plaintiff's Third Amended Complaint for Patent Infringement was served on all parties of record via the Court's ECF filing system.

/s/ W. Barton Rankin_____
W. Barton Rankin

DALDMS/709638.1